# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROSS STRAUSS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALERIE ADAIR, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77509

**FILED**

JAN 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus or alternatively writ of prohibition challenges the denial of a pretrial petition for a writ of habeas corpus and seeks dismissal of count 1 (murder). Having considered the petition, we are not satisfied that this court's intervention by way of extraordinary relief is warranted. *See Kussman v. Eighth Judicial Dist. Court,* 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980) (explaining that review of a pretrial probable cause determination through an original writ petition is disfavored); *Ostman v. Eighth Judicial Dist. Court,* 107 Nev. 563, 565, 816 P.2d 458, 459-60 (1991) (entertaining a pretrial challenge to a probable cause determination by original writ petition where the petition presented purely legal issues). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Valerie Adair, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A